# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2009

Marilyn Kelly,
Chief Justice

138521

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JOSEPH E. SCHULZE and JOSEPH R.
SCHULZE,
     Plaintiffs-Appellants,

v

                                        SC: 138521
                                        COA: 282428
                                        Oceana CC: 07-006183-CZ

CLAYBANKS TOWNSHIP, CLAYBANKS
TOWNSHIP ZONING BOARD, and RICHARD
SMITH,
     Defendants-Appellees,

and

BRET OSTERHART, TOM OSTERHART,
ARNOLD HOFFMEYER, AL OLSON, GORDON
VERHULST, and JILL VERHULST,
     Defendants.

_____/

       On order of the Court, the application for leave to appeal the February 12, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009

_____
Clerk

s0615